# Court of Appeals
# of the State of Georgia

ATLANTA,____July 15, 2016_____

*The Court of Appeals hereby passes the following order:*

## A16D0439.  HEIDI K. COOPER v. CITIMORTGAGE, INC. et al.

Heidi Cooper filed this application for discretionary appeal from the trial court's order granting Citimortgage, Inc.'s motion to dismiss this wrongful foreclosure action.  Although it appears from the materials before us that the trial court's order is a directly appealable final judgment, see OCGA § 5-6-34 (a), we lack jurisdiction to consider Cooper's application because it is untimely.

Ordinarily, if a party applies for discretionary review of a directly appealable order, we grant the application under OCGA § 5-6-35 (j). To fall within this general rule, however, the application must be filed within 30 days of entry of the order to be appealed.  See OCGA § 5-6-35 (d) and (j); *Hill v. State*, 204 Ga. App. 582 (420 SE2d 393) (1992). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989).  The trial court entered the order granting the motion to dismiss on February 22, 2016, and Cooper filed her application 120 days after entry of the order.  Accordingly, the application is untimely, and it is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
 Clerk's Office, Atlanta,_____07/15/2016_____
 *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
 *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*